UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TARGET GENERAL MERCHANDISE, INC.,<br><br>                Plaintiff,<br>     v.<br>UNITED STATES,<br><br>                Defendant. | Court No. 14-00283 |
| TARGET GENERAL MERCHANDISE, INC.,<br><br>                Plaintiff,<br>     v.<br>UNITED STATES,<br><br>                Defendant. | Court No. 14-00284 |
| US LED LTD.,<br><br>                Plaintiff,<br>     v.<br>UNITED STATES,<br><br>                Defendant. | Court No. 14-00327 |
| LAMRITE WEST INC.,<br><br>                Plaintiff,<br>     v.<br>UNITED STATES,<br><br>                Defendant. | Court No. 15-00143 |

| | |
|---|---|
| PRECISION LIGHTING & TRANSFORMER INC.,<br><br>                  Plaintiff,<br>    v.<br><br>UNITED STATES,<br><br>                  Defendant. | Court No. 15-00146 |
| US LED LTD.,<br><br>                  Plaintiff,<br>    v.<br><br>UNITED STATES,<br><br>                  Defendant. | Court No. 15-00150 |
| GORDON COMPANIES INC.,<br><br>                  Plaintiff,<br>    v.<br><br>UNITED STATES,<br><br>                  Defendant. | Court No. 15-00170 |
| LED POWER INC.,<br><br>                  Plaintiff,<br>    v.<br><br>UNITED STATES,<br><br>                  Defendant. | Court No. 15-00192 |

| | |
|---|---|
| ACCENT-FAIRCHILD GROUP INC.,<br><br>      Plaintiff,<br>  v.<br><br>UNITED STATES,<br><br>      Defendant. | Court No. 17-00127 |
| ACCENT-FAIRCHILD GROUP INC.,<br><br>      Plaintiff,<br>  v.<br><br>UNITED STATES,<br><br>      Defendant. | Court No. 17-00280 |

**ORDER**

Upon consideration of Plaintiff's USCIT Rule 60 Motion to Set Aside Orders of Dismissal Entered by the Clerk, Defendant's response, and upon all other papers and proceedings had herein; and upon due deliberation, it is hereby

**ORDERED** that Plaintiff's motion is granted; and it is further

**ORDERED** that above-captioned actions are restored to the Customs Case Management Calendar.

                     /s/ Leo M. Gordon
                     Judge Leo M. Gordon

Dated: October 25, 2021
   New York, New York